

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00016-CR

**SAUL SANCHEZ-CARRIZALES,**

                                                       **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                       **Appellee**

---

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D39396-CR

---

## MEMORANDUM OPINION

---

Appellant, Saul Sanchez-Carrizales, appealed the trial court's judgment of conviction. He now moves to dismiss the appeal and requests the prompt issuance of this Court's mandate. Appellant and his attorney have signed the request. *See* TEX. R. APP. P. 42.2(a).

Appellant's motion to dismiss is granted, and this appeal is dismissed. However, because there is no indication in the motion that the State agrees to or there is good cause for the early issuance of the Court's mandate as required by Rule 18.1(c), that request is

denied in part and granted in part. *See* TEX. R. APP. P. 18.1(c) ("The mandate may be issued earlier if the parties so agree, or for good cause on the motion of a party."). While the immediate issuance of the mandate with the opinion and judgment is denied, the Clerk of this Court is ordered to issue the mandate in this proceeding on February 10, 2021, unless the State timely files an objection to the early issuance thereof.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Neill, and
     Justice Johnson
Motion to dismiss appeal granted
Motion to issue mandate denied in part and granted in part
Opinion delivered and filed February 3, 2021
Do not publish
[CR25]

